# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JACQUELINE PEETE,

    Plaintiff,

UNITED HEALTHCARE OF WISCONSIN, INC.,

    Involuntary Plaintiff,

vs.

WAL-MART STORES, INC. and
ABC COMPANY, a fictitious entity,

    Defendants.

Case No. 2:17-CV-823

## ORDER

Based on the foregoing stipulation between the parties, IT IS ORDERED that the Scheduling Order of the Court, as amended, be further amended to state the following:

1. The plaintiff and involuntary plaintiff shall disclose any lay and expert witnesses consistent with 26(a)(2) on or before April 26, 2018.

2. The defendants shall disclose any lay and expert witnesses consistent with 26(a)(2) on or before April 26, 2018.

3. Both plaintiffs and defendants shall identify all lay and expert rebuttal witnesses, if any, with reports on or before May 11, 2018.

4. All requests for discovery shall be served no later than June 8, 2018.

5. Any dispositive motions and/or Daubert motions must be served and filed on or before June 8, 2018.

Dated this 9th day of March, 2018.

s/Lynn Adelman
District Judge Lynn S. Adelman

Copies to:

Attorneys for Defendant Wal-Mart Stores, Inc.

**MWH LAW GROUP LLP**
Nelson W. Phillips III, Esq.
State Bar No. 1028189
Carlos R. Pastrana, Esq.
State Bar No. 1088286
735 N. Water Street, Suite 610
Milwaukee, WI 53202
(414) 436-0353 Phone
(414) 436-0354 Facsimile
*nelson.phillips@mwhlawgroup.com*
*carlos_pastrana@mwhlawgroup.com*

Attorney for Plaintiff Jacqueline Peete

**WITTE LAW OFFICES, LLC**
**Attorney for Plaintiff**
Luke T. Witte
State Bar No. 1041501
7670 N. Port Washington Road #103
Fox Point, WI 53217
Telephone: (414) 751-6900
*luke@witte-law.com*